UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 1791(a)(2) |
| | ) | Providing Contraband in Prison |
| ANGELA SATTERWHITE | ) | |

CR219-0063

### PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

Count 1:   Providing Contraband in Prison
18 U.S.C. § 1791(a)(1)

- Not more than five (5) years of imprisonment;
- Not more than a $250,000 fine;
- Not more than 3 years of supervised release;
- $100 special assessment

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Joshua S. Bearden*

Joshua S. Bearden
Assistant United States Attorney
Alabama Bar ID: 7503S71B

3