IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | CASE # 2:19CR63 |
| | ) | |
| ANGELA SATTERWHITE, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>DEFENDANT'S MOTION TO AMEND TRAVEL RESTRICTIONS</u>**

COMES NOW, ANGELA SATTERWHITE , the Defendant herein, and files this Motion to Amend Travel Restrictions and respectfully offers the following in support thereof:

1. Ms. Satterwhite was granted a bond on December 17, 2019 before this Court.

2. Ms. Satterwhite's travel was restricted to the Southern District of Georgia and to the District of Maryland as a condition of her pretrial release.

3. Due to the geographic makeup of the District of Maryland, and Ms. Satterwhite's residence in Waldorf, Maryland, specifically its close proximity to the District of Columbia, Ms. Satterwhite seeks an Order from this Court amende her travel restrictions to include the District of Maryland, the Southern District of Georgia, and additionally, the District of Columbia, during the pendency of the instant case and during her pre-trial supervision.

4. The closest and most convenient airport, Dulles International and Reagan National airports, are both within the District of Columbia.

5. Her travel to and from the Southern District of Georgia necessitates that she

travel by air to appear in court for the instant case.

WHEREFORE, Defendant prays that this Court grant this Motion amending her conditions of release to allow her travel within both the District of Maryland and the District of Columbia in order to facilitate her day to day travel and air travel for the instant case.

This 19th day of December, 2019.

                                                   */s/ Ryan D. Langlois*
                                                  RYAN D. LANGLOIS
                                                  ATTORNEY FOR DEFENDANT
                                                  GEORGIA STATE BAR #:905228

217 W. York Street
Savannah, GA 31401
912/349-7429
rdlangloisesq@gmail.com

## **CERTIFICATE OF SERVICE**

      This is to certify that I have this date served counsel for all parties to the foregoing matter with a copy of this pleading by filing this document through the CM/ECF system.

This 19th day of December, 2019.

                                                  */s/ Ryan D. Langlois*
                                              RYAN D. LANGLOIS (905228)

217 West York Street
Savannah, GA  31401
912/349-7429

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | CASE # 2:19CR63 |
| | ) | |
| ANGELA SATTERWHITE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Having considered the Defendant's Motion to Amend the Travel Restrictions as now before the Court,

IT IS HEREBY ORDERED and ADJUDGED that the Defendant's Motion is hereby GRANTED/DENIED and therefore the Defendant IS/IS NOT allowed to travel within the District of Columbia, the District of Maryland, and the Southern District of Georgia during her period of pretrial release and during the pendency of the instant case.

All other terms and conditions of pretrial release remain intact and in effect.

SO ORDERED this _____ day of _____, _____.

_____
Honorable Benjamin W. Cheesebro
Magistrate Judge
United States District Court for
the Southern District of Georgia