# United States District Court
## SOUTHERN DISTRICT OF GEORGIA

# CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR 219-63**

United States of America

vs.
**Angela Satterfield**
10:07 - 10:38 am

Defendant/Age

**Josh Bearden**
U. S. Attorney

**Ryan Langlois**
Attorney for Defendant

- [✔] Plea agreement **(Received).**   [✔] Defendant Sworn   [ ] Counsel Waived.
- [ ] Plea agreement previously filed.
- [ ] Arraigned and plead _____ to count(s) _____.
- [✔] Plea of not guilty withdrawn and plea of **guilty** entered as to count(s) **One (1)** of the indictment.
- [✔] Factual basis **Established**  **Oral**  **Plea Accept**  Witness for factual basis **S/A Joshua Hayes**.
- [✔] Adjudication of guilt **Made.**
- [✔] Referred to probation office for pre-sentence investigation **Yes.**
- [✔] Sentencing Scheduled for **tbd** at **later date**.
- [✔] Bond Continued **Yes.**   Bond modified to _____.
- Bond set at _____ _____
- [ ] Bond not made defendant in jail.
- [ ] Defendant remanded to custody of United States Marshal.

Honorable **Lisa Godbey Wood, U. S. District Court Judge**   Date **3/2/2020**
Court Reporter **Debra Gilbert**   Probation Officer **Scot Riggs**
Courtroom Deputy Clerk **Elizabeth SLater**   U.S. Marshal **Marty Fitzjurls**